Malik Abdul AL–SHABAZZ, a/k/a
Willie L. Furtick, Petitioner–
Appellant,

v.

Gary D. MAYNARD, Director, South
Carolina Department of Corrections;
Rickie Harrison, Warden, Kershaw
Correctional Institution; Jim Hodges,
Governor, State of South Carolina;
Charles Molony Condon, Attorney
General, State of South Carolina, Re-
spondents–Appellees.

No. 03–6584.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 28, 2003.

Decided Sept. 4, 2003.

Malik Abdul Al–Shabazz, Appellant Pro
Se. Samuel Creighton Waters, Office of the
Attorney General of South Carolina, Co-
lumbia, South Carolina, for Appellees.

Before NIEMEYER and SHEDD,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM:

Malik Abdul Al–Shabazz, a/k/a Willie L.
Furtick, seeks to appeal the district court's
order dismissing his petition filed under 28
U.S.C. § 2254 (2000). The district court
referred this case to a magistrate judge
pursuant to 28 U.S.C. § 636(b)(1)(B)
(2000). The magistrate judge recom-
mended that relief be denied and advised
Al–Shabazz that failure to file timely ob-
jections to this recommendation could
waive appellate review of a district court
order based upon the recommendation.
Despite this warning, Al–Shabazz failed to
object to the magistrate judge's recom-
mendation.

The timely filing of specific objections to
a magistrate judge's recommendation is
necessary to preserve appellate review of
the substance of that recommendation
when the parties have been warned that
failure to object will waive appellate re-
view. See Wright v. Collins, 766 F.2d 841,
845–46 (4th Cir.1985); see also Thomas v.
Arn, 474 U.S. 140, 106 S.Ct. 466, 88
L.Ed.2d 435 (1985). Al–Shabazz has
waived appellate review by failing to file
objections after receiving proper notice.
Accordingly, we deny a certificate of ap-
pealability and dismiss the appeal.

We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

DISMISSED.